SAMUEL MARTIN AND WRIGHT ROBERT MARTIN, *Plaintiffs in Error,* v. W. H. MILTON, Receiver of the First National Bank of Pensacola, Florida, for the use and benefit of Real Estate Securities Company, a corporation; HERMAN B. WHITE AND GLADYS N. CALDWELL, Joined by Her Husband, R. C. CALDWELL, *Defendants in Error.*

Division A.

Decision Filed June 28, 1929.

Petition for Rehearing Denied July 31, 1929.

*John S. Beard,* for Plaintiffs in Error;

*Watson & Pasco & Brown,* for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the judgment herein and briefs and arguments of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said judgment. It is therefore considered, ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby, affirmed.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur.